UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL TROY MOORE, | Case No. 2:19-cv-00537-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF LAS VEGAS, et al., | |
| Respondents. | |

This Court has an obligation to determine its jurisdiction over disputes and cases that come before it. The Court has reviewed the Complaint and finds that the Complaint does not establish this Court's jurisdiction. The Complaint alleges wide ranging but unspecified legal claims. The Complaint does not allege any concise legal claims over which this Court has jurisdiction. The Court therefore dismisses this case without prejudice for lack of jurisdiction.

Accordingly,

IT IS THEREFORE ORDERED that this case is dismissed without prejudice. All pending motions are denied without prejudice. The Clerk of Court is instructed to close this case.

DATED: April 8, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1