# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL TROY MOORE,<br><br>        Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>        Defendant(s). | 2:19-cv-00537-RFB-VCF<br><br>**ORDER** |

Before me is plaintiff's motion to issue order to waive access fees for pacemonitor.com. (ECF No. 7).

On April 8, 2019, this case was dismissed. (ECF No. 3). This matter has been closed for 3 years.

Accordingly.

I ORDER that plaintiff's motion to issue order to waive access fees for pacemonitor.com (ECF No. 7) is DENIED.

DATED this 16th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE